**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANDA SMITH, et al., | CV 93-07044 RSWL (GHKx) |
| Plaintiff, | **ORDER TO SHOW CAUSE re Status of Case** |
| v. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., | |
| Defendant. | |

On June 21, 2019, Plaintiff Chanda Smith, et al. ("Plaintiff"); Intervenors April Munoz, Julia Flores, Cheryl Ayapana, V.P., A.F., M.H., and J.A. (the "April Munoz Intervenors"); Intervenors Mina Lee and Frances Moreno, et al., (the "Mina Lee Intervenors"); and Defendant Los Angeles Unified School District ("Defendant") filed a Stipulation Regarding Settlement

1

of Intervenors' Claims [434]. On July 30, 2019, the Court granted the parties' Stipulation and set a hearing for August 15, 2019, at which the Court will consider approval of the Settlement [442].

In 2013, Intervenors sought to intervene to challenge the legality of Revised Outcome 7 dated September 18, 2012, contained in the Modified Consent Decree ("MCD"). Stipulation, Ex. A, Settlement Agreement, ECF No. [434]; see also Motions to Intervene, ECF Nos. 285-86. Aside from the litigation involving the Intervenors, there has been no active litigation involving Plaintiff before this Court since the approval of the MCD in 2003. See Stipulation and Order re Approval of MCD, ECF No. 265; Modified Consent Judgment, ECF No. 266. Plaintiff is **HEREBY ORDERED** to show cause, in writing, on or before **August 12, 2019**, as to the status of Plaintiff's case following settlement of Intervenors' claims, and what remains in Plaintiff's case that would require the Court to retain jurisdiction over this matter. This shall be discussed at the hearing currently set for **August 15, 2019, at 10:00 am.**

**IT IS SO ORDERED.**

                                        **/s/ RONALD S.W. LEW**

DATED: August 5, 2019

                                    **HONORABLE RONALD S.W. LEW**
                                    Senior U.S. District Judge